August 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

DIOGU KALU DIOGU II, Appellant

NO. 14-16-00359-CV                     V.

FORT BEND COUNTY, ET AL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 12, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Diogu Kalu Diogu II.

We further order this decision certified below for observance.